IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

OCEANUS STERLING GIBBS,                )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )   CASE NO. CV416-341
                                       )
SUPERIOR COURT OF CHATHAM              )
COUNTY and EASTERN JUDICIAL            )
CIRCUIT DIVISION OF CHILD              )
SUPPORT,                               )
                                       )
    Defendants.                        )
                                       )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's complaint does not sufficiently plead any claim that falls within this Court's jurisdiction. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3RD day of February 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA