# United States District Court
## Southern District of Georgia

Oceanus Sterling Gibbs

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:16-cv-341-WTM-GRS

Superior Court of Chatham County, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated 2/03/17 adopting the Magistrate Judge's Report and Recommendation, the complaint is Dismissed Without Prejudice.  This case stands closed.



2/03/17
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*